FILED'06 MAR 10 1153USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID LIGGINS,                                              CV. 04-1013-JE

               Petitioner,                    ORDER TO DISMISS

    v.

JEAN HILL,

               Respondent.

KING, District Judge.

    Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition (#34) is GRANTED.  This case is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this __8th__ day of March, 2006.

                              Garr M. King
                              United States District Judge

1 - ORDER TO DISMISS